1  WILLIAM MCGRANE [057761]
   BERNARD S. GREENFIELD [066017]
2  MAUREEN A. HARRINGTON [194606]
   GAVIN H. MCGRANE [251867]
3  MCGRANE GREENFIELD LLP
   1 Ferry Building Suite 220
4  San Francisco, CA  94111
   Telephone:   (415) 283-1776
5  Fax:         (415) 283-1777
   Email:       wmcgrane@mcgranegreenfield.com
6
   Attorneys for Creditors Frank Racioppo, Janice Racioppo,
7  and Mark Racioppo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH J. VIOLA,<br><br>　　　　Debtor. | Case No. 10-30904 DM<br><br>Chapter  7 Petition<br><br>REQUEST FOR ENTRY OF ORDER FOR RELIEF |

Request for Entry of Order for Relief

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Rule 1013(b) of the Federal Rules of Bankruptcy Procedure, Creditors Frank Racioppo, Janice Racioppo, and Mark Racioppo hereby request that the Clerk of this Court enter an Order for Relief in this matter against Debtor Joseph J. Viola ("Debtor") on the ground that said Debtor has failed to answer or otherwise respond to the Involuntary Petition within the time prescribed the Federal Rules of Bankruptcy Procedure.

According to the Federal Rules of Bankruptcy Procedure, Rule 1011, the deadline for Debtor to respond has passed. (Declaration of William McGrane ("McGrane Decl.") at ¶5.) Personal service of the Summons and Involuntary Petition was effected on Debtor on March 18, 2010, as evidenced by the Proof of Service on file with this court. (Docket No. 9; McGrane Decl. at ¶4.) Consequently, Debtor's responsive pleading was due no later than April 8, 2010. (McGrane Decl. at ¶5). Debtor, however, has failed to file or serve an answer or other responsive pleading in this action. (Id.)

Dated: April 9, 2010                    MCGRANE GREENFIELD LLP

                                        By   /s/ William McGrane
                                             William McGrane