1  WILLIAM MCGRANE [057761]
   BERNARD S. GREENFIELD [066017]
2  MAUREEN A. HARRINGTON [194606]
   GAVIN H. MCGRANE [251867]
3  MCGRANE GREENFIELD LLP
   1 Ferry Building Suite 220
4  San Francisco, CA  94111
   Telephone:   (415) 283-1776
5  Fax:         (415) 283-1777
   Email:       wmcgrane@mcgranegreenfield.com

Attorneys for Creditors Frank Racioppo, Janice Racioppo,
and Mark Racioppo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH J. VIOLA,<br><br>    Debtor. | Case No. 10-30904 DM<br><br>Chapter 7 Petition<br><br>DECLARATION OF WILLIAM MCGRANE IN SUPPORT OF REQUEST FOR ENTRY OF ORDER FOR RELIEF |

I, William McGrane, declare:

1. I have personal knowledge of the facts stated herein and could testify competently thereto if called upon to do so.

2. On March 16, 2010, an Involuntary Petition was filed in this matter against Debtor Joseph J. Viola ("Debtor"). (Docket No. 1.)

3. On March 17, the court issued a "Summons and Notice to Debtor of Status Conference in Involuntary Case" ("Summons"). (Docket No. 2.)

4. On March 18, 2010, the debtor was personally served with the Involuntary petition and Summons. A proof of service confirming this personal service was filed on March 24, 2010 (Docket No. 9).

5. Pursuant to Rule 1011 of the Federal Rules of Bankruptcy Procedure, the Debtor had 21 days to file responsive pleadings following service of the summons. The time period to respond expired on April 8, 2010, and the Debtor has not filed an answer or responsive pleading in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of April, 2010, at San Francisco, California.

Dated: April 9, 2010                MCGRANE GREENFIELD LLP

                                    By  /s/ William McGrane
                                        William McGrane

2
Declaration of William McGrane in Support of Request for Entry of Order for Relief